Edward J. Maney, Trustee, Bar #12256
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | In Proceedings Under Chapter 13 |
| | ) | |
| RICHARD WILLIAM DORSCH | ) | Case No. 05-15097-PHX-RTB |
| FRANCES ANN DORSCH | ) | |
| | ) | APPLICATION FOR PAYMENT OF |
| | ) | UNCLAIMED FUNDS BELONGING |
| | ) | TO DEBTOR |
| _____Debtor (s)_____ | ) | |

    Edward J. Maney, Trustee, reports that the following dividend check has been issued and not presented for payment and more than ninety (90) days has elapsed from the date of issuance, or the payment has been returned to the Trustee by the U.S. Post Office marked as undeliverable.

Check Number:      523595
Check Date:      March 28, 2011
Amount:      $304.00
Debtor:      RICHARD WILLIAM DORSCH
Co-Debtor:      FRANCES ANN DORSCH
      1515 E. SAHUARO DR. #6

      PHOENIX, AZ 85020

    Neither the debtor (s) Attorney (if applicable) nor the Trustee have been able to locate the debtor (s).

    Wherefore, the Trustee prays that an order be entered pursuant to Section 347 (a) of the Bankruptcy Code directing the Trustee to pay over the amount of $304.00 to the Clerk of the Court to be deposited to the Registry thereof.

Dated: See Electronic Signature

                              _____
                              Edward J. Maney, Trustee

Unclaimed Funds/Debtor